<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-7543**

———————

LEON KEITH GASKINS,

Petitioner - Appellant,

versus

FRANK C. SIZER, JR.; J. JOSEPH CURRAN, JR.,
Attorney General of the State of Maryland,

Respondents - Appellees.

———————

**No. 98-6364**

———————

LEON KEITH GASKINS,

Petitioner - Appellant,

versus

FRANK C. SIZER, JR.; J. JOSEPH CURRAN, JR.,
Attorney General of the State of Maryland,

Respondents - Appellees.

———————

Appeals from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-97-1392-WMN)

Submitted: July 2, 1998             Decided: July 20, 1998

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Leon Keith Gaskins, Appellant Pro Se. John Joseph Curran, Jr., At-
torney General, Annabelle Louise Lisic, OFFICE OF THE ATTORNEY
GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Leon Keith Gaskins seeks to appeal three district court orders granting extensions of time to Respondents, and the order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeals on the reasoning of the district court. Gaskins v. Sizer, No. CA-97-1392-WMN (D. Md. June 12, 1997, Aug. 26, 1997, Sept. 26, 1997, and Feb. 27, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED